FELICE JOHN VITI, Acting United States Attorney (#7007)
JOEY L. BLANCH, Assistant United States Attorney (#16665)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED US District Court-UT
AUG 27 '25 AM 11:53

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. ZALMAN BER GOLDBLATT, Defendant. | INDICTMENT<br><br>Count 1: 18 U.S.C. § 2422(b), Coercion and Enticement/Attempted Coercion and Enticement<br><br>Count 2: 18 U.S.C. § 2423(b): Travel with Intent to Engage in Illicit Sexual Conduct<br><br>Case: 2:25-cr-00322<br>Assigned To : Kimball, Dale A.<br>Assign. Date : 8/26/2025 |
|---|---|

The Grand Jury charges:

### COUNT 1
18 U.S.C. § 2422(b)
(Coercion and Enticement)

Between on or about February 24, 2025, and on or about February 28, 2025, in the

District of Utah, and elsewhere,

ZALMAN BER GOLDBLATT,

defendant herein, using a facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce any individual who has not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, and attempted to do so; all in violation of 18 U.S.C. § 2422(b).

### COUNT 2
18 U.S.C. § 2423(b)
(Travel with Intent to Engage in Illicit Sexual Conduct)

Between on or about February 24, 2025, and on or about February 28, 2025, in the District of Utah and elsewhere,

ZALMAN BER GOLDBLATT,

defendant herein, did travel in interstate commerce for the purpose of engaging in any illicit sexual conduct, as defined in 18 U.S.C. § 2423(f), with another person under 18 years of age, and attempted to do so; all in violation of 18 U.S.C. § 2423(b).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 2428, upon conviction of any offense violating 18 U.S.C. § 2422 or 2423, the defendant shall forfeit to the United States of America (i) such person's interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and (ii) any property, real or personal, constituting or derived from any proceeds that the defendant obtained, directly or indirectly, as a result of such violation. The property to be forfeited includes, but is not limited to:

- Black Android cellular telephone seized from ZALMAN BER GOLDBLATT on or about February 28, 2025.

A TRUE BILL:

/S/

_____
FOREPERSON OF THE GRAND JURY

FELICE JOHN VITI
Acting United States Attorney

_____
JOEY L. BLANCH
Assistant United States Attorney