UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00322 |
| Plaintiff, | WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | |
| ZALMAN BER GOLDBLATT, | Judge Dale A. Kimball |
| Defendant. | |

TO: THE UNITED STATES MARSHAL FOR THE DISTRICT OF UTAH, OR TO ANY OTHER UNITED STATES MARSHAL, OR ANY AGENT WITH FEDERAL BUREAU OF INVESTIGATION, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

G R E E T I N G S :

We command you that you bring the body of ZALMAN BER GOLDBLATT, now being confined in the Utah County Correctional Facility, under the authority of the Utah County Sheriff's Office before the Honorable Magistrate Judge Dustin B. Pead, presiding at Salt Lake City, Utah, on September 23, 2025 at 1:15 PM, of said day, and from day to day thereafter, for purposes of an initial appearance in the said United States District Court, and in the a1ove-entitled and pending case; and for final disposition at a later date; and hold the said defendant at all times in your custody as an agent of the United States of America; that immediately after the

–1–

conclusion of the proceedings and final disposition of the above-entitled case in the United States District Court, you return the defendant to the institution where the defendant was confined, under safe and secure conduct, and have you then and there make a return upon this Writ.

DATED this 17th day of September, 2025.



_____
Dustin B. Pead
United States Magistrate Judge